UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA WARD,

                        Plaintiff,          PROOF OF SERVICE
                                            OF SUMMONS AND
                                            COMPLAINT

THE CITY OF NEW YORK, et al.,

                        Defendants.          07 CV 4527

---

ANNEXED HERETO IS AN ACKNOWLEDGMENT OF SERVICE OF THE SUMMONS AND COMPLAINT BY THE DEFENDANT THE CITY OF NEW YORK:

Date and time of service:    JULY 23, 2007 at 4:55 p.m. at the City of New York Law Department, Office of the Corporation Counsel, 100 Church Street, New York, NY 10007; received by Madelyn Santana, Docketing Clerk.

AND AN AFFIDAVIT OF SERVICE OF THE SUMMONS AND COMPLAINT UPON Detective DENNIS ESTWICK, Shield No. 2592, sued as formerly Police Officer DENNIS ESTWICK, Shield No. 26819.

                                                                Yours, etc.

                                                                JOANNE M. DWYER, ESQ.
                                                                225 Broadway, 41st Floor
                                                                New York, NY 10007
                                                                (212) 233-0591

AO 440 (Rev. 10/93) Summons — — SDNY WEB 4/99

# JUDGE RAKOFF United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Jessica Ward,

        Plaintiff,

        V.

The City of New York and Police Officer Dennis Estwick, Shield No. 26819

        Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 4527**

TO: (Name and address of defendant)

The City of New York
100 Church Street NY, NY 10007
and Police Officer Dennis Estwick, Shield No. 26819

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joanne M. Dwyer
225 Broadway
41st Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 30 2007

CLERK

_(signature)_

(BY) DEPUTY CLERK