```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-31-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JESSICA WARD,

                                 Plaintiff,

-against-

CITY OF NEW YORK and NYC POLICE OFFICER
DENNIS ESTWICK,

                                Defendants.

STIPULATION OF ENLARGEMENT OF TIME FOR DEFENDANT CITY OF NEW YORK TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

07 Civ. 4527 (JSR)

------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that defendant City of New York's[1] time to answer or otherwise respond to the complaint in this action be enlarged to and including September 4th, 2007.

Dated: New York, New York
        July 31, 2007

Joanne Marie Dwyer, Esq.
Attorney for Plaintiff
225 Broadway, 41st Floor
New York, New York 10007

By: _____
    JOANNE MARIE DWYER, ESQ. (JD)

SO ORDERED:
_____
U.S.D.J. Rakoff    7-31-07

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-195
New York, New York 10007
(212) 788-0422

By: _____
    BASIL C. SITARAS (BS-1027)
    Assistant Corporation Counsel

---

[1] According to plaintiff's counsel, the individual identified in the caption of the complaint as "NYC Police Officer Dennis Estwick" was recently served with a copy of the summons and complaint. To date, however, the Office of the Corporation Counsel has not received a formal request for legal assistance from Officer Estwick. Accordingly, without appearing on Officer Estwick's behalf, in the event that he was properly served, the parties agree that the same extension be granted to Officer Estwick in order to ensure that his defenses are not jeopardized while representation issues are being decided.