UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JESSICA WARD,

                                    Plaintiff,

                  -against-

THE CITY OF NEW YORK and POLICE OFFICER
DENNIS ESTWICK, SHIELD #26819,

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 4527 (JSR)

      **PLEASE TAKE NOTICE** that **Sabrina Tann**, Assistant Corporation Counsel, should be substituted for Basil C. Sitraras as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, Esq., attorney for defendants City of New York and Dennis Estwick effective September 6, 2007.

Dated: New York, New York
       September 6, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              Attorney for Defendants City of New York and Dennis Estwick
                              100 Church Street, Room 3-221
                              New York, New York 10007
                              (212) 442-8600

                          By: _____
                              Sabrina Tann (ST 2552)
                              Assistant Corporation Counsel